AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:24-cr-00080 |
| ZACHARIACH JOEL MCNICHOLS | ) | Assigned to: Judge Mehta, Amit P. |
| | ) | Assign Date: 6/18/2024 |
| | ) | Description: SUPERSEDING INDICTMENT (B) |
| | ) | Related Case No: 24-cr-80 (APM) |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ZACHARIACH JOEL MCNICHOLS

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☑ Superseding Indictment [DTI]    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 USC §§§ 846, 841(a)(1), 841(b)(1)(A)(vi), and 841(b)(1)(C) - Conspiracy to Distribute and Possess with Intent to Distribute Four Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl;

FORFEITURE: 21 U.S.C. §§ 853(a) and (p)

Date: 06/18/2024

2024.06.18
16:29:07
-04'00'

*Issuing officer's signature*

City and state: WASHINGTON, D.C.

ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 6/18/24, and the person was arrested on *(date)* 6/20/24
at *(city and state)* Montebello, CA

Date: 6/20/24

*Arresting officer's signature*

SA Jacqueline Abadin
*Printed name and title*